United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Zonya Flemings, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 18-24861-Civ-Scola |
| U.S. Security Associates, Inc. and others, Defendants. | ) |

**Order Adopting Magistrate Judge's Report And Recommendation**

This case was referred to United States Magistrate Judge Chris M. McAliley for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On January 31, 2020, Judge McAliley issued a report, recommending that the Court dismiss Plaintiff's Fourth Amended Complaint against Defendants Linda Byars and Donn Dernick with prejudice. (R. & R., ECF No. 112 at 13.) The Plaintiff has not filed objections to the report, and the time to do so has passed. "If there are no objections, the district court need only review the report and recommendation for 'clear error.'" *Pitaluga v. Colvin*, No. 14-24255-CIV, 2016 WL 1252657, at *2 (S.D. Fla. Mar. 31, 2016) (Gayles, J.) (citing *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam).

The Court has considered Judge McAliley's report, the record, and the relevant legal authorities. The Court **affirms and adopts** Judge McAliley's report and recommendation. (**ECF No. 112**.) The Court dismisses the Plaintiff's Fourth Amended Complaint as to Defendants Linda Byars and Donn Dernick only. All other Defendants remain in this case.

**Done and ordered**, at Miami, Florida, on February 28, 2020.

Robert N. Scola, Jr.
United States District Judge